NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| HARRY PARIKH, | Hon. Dennis M. Cavanaugh |
| Plaintiff, | ORDER |
| v. | Civil Action No. 09-CV-1652 (DMC) |
| UPS, et al., | |
| Defendants. | |

DENNIS M. CAVANAUGH, U.S.D.J.:

This matter comes before the Court upon motion by Plaintiff Harry Parikh to proceed *informa pauperis* pursuant to 28 U.S.C. § 1915; and upon consideration of Plaintiff's application and affidavit;

IT IS on this _20_ day of January, 2010;

**ORDERED** that Plaintiff's motion to proceed *informa pauperis* is **granted**; and it is further,

**ORDERED** that the Clerk of the Court file Plaintiff's Complaint and issue summonses.

Dennis M. Cavanaugh, U.S.D.J.

Original:   Clerk's Office
cc:   All Counsel of Record
      The Honorable Mark Falk, U.S.M.J.
      File